## Commonwealth *v.* Wicks, Appellant.

Argued September 19, 1973. *D. M. Masciantonio,* for appellant; *James Wilson,* Assistant District Attorney, with him *Milton M. Stein* and *James T. Ranney,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Wilhelmy, Appellant.

Argued September 12, 1973. *Robert M. John,* with him *Harry R. Nixon,* and *Schneider, Nixon & John,* for appellant; *Lawrence J. Brenner,* Assistant District Attorney, with him *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.